S. LANE TUCKER
United States Attorney

CHRISTINA SHERMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KERISIANO IKAIKA KANI ISAAKO, and SAIMONE PITA COLT MAFI,<br><br>　　　　　　Defendants. | No. 3:23-cr-00076-JMK-MMS<br><br>COUNT 1:<br>CARJACKING<br>　Vio. of 18 U.S.C. § 2119(1)<br><br>COUNT 2:<br>CARRYING AND BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE<br>　Vio. of 18 U.S.C. §§ 924(c)(1)(A)(i)-(ii) and (b)(1)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>　Vio. of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about March 21, 2023, within the District of Alaska, the defendants,

KERISIANO IKAIKA KANI ISAAKO, and SAIMONE PITA COLT MAFI, intentionally took a motor vehicle, to wit: a 2022 Nissan Rogue, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of H.H. by force, violence, and intimidation, with intent to cause death and serious bodily injury.

All of which is in violation of 18 U.S.C. § 2119(1).

COUNT 2

On or about March 21, 2023, within the District of Alaska, the defendants, KERISIANO IKAIKA KANI ISAAKO, and SAIMONE PITA COLT MAFI, did knowingly and intentionally carry and brandish a firearm, to wit: a short-barreled rifle in furtherance of a crime of violence, namely, carjacking, as charged in Count 1.

All of which is in violation of 18 U.S.C. §§ 924(c)(1)(A)(i)-(ii) and (b)(1).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. §§ 924(c) and 2119(1), the defendants, KERISIANO IKAIKA KANI ISAAKO, and SAIMONE PITA COLT MAFI, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of 18 U.S.C. § 924(c), or involved in or used in violation of 18 U.S.C. § 2119(1), including, but not limited to the following:

1. Remington 597, .22 caliber rifle. Serial # A2720867.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America

DATE:   August 15, 2023